■ In the Matter of ALVIN GELLER, a Disbarred Attorney. [697 NYS2d 517] —Application for reinstatement granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Sullivan, Rosenberger, Tom and Rubin, JJ.